## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Melissa Sobota
                              Plaintiff,

v.                                             Case No.: 1:13−cv−01963
                                                        Honorable Edmond E. Chang

Search Cactus LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 14, 2013:

      MINUTE entry before Honorable Edmond E. Chang:Defense counsel David Smith, a counsel of record for Defendant Search Cactus, called the courtroom deputy, with the permission of Plaintiff's counsel, to report a tentative settlement in the case. However, it is unclear whether the settlement includes all parties, including Defendant eMusic, which has a pending motion with a briefing schedule. If Plaintiff wishes to vacate the briefing schedule, or eMusic wishes to stay its motion, one or the other must seek relief in a written motion on the docket. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.