**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

MELISSA SOBOTA, )
)
    Plaintiff, individually and on behalf of a Plaintiff class, )
v. )
)
SEARCH CACTUS LLC, FOSINA MARKETING GROUP INC., )
NORTH AMERICAN MEMBERSHIP GROUP, INC., ) 13-cv-01963
EMUSIC.COM INC., CONSUMERINFO.COM INC., )
NET MARKETS LLC, INTERNATIONAL MASTERS )
PUBLISHING INC., ANNIE'S PUBLISHING LLC, EQUIFAX )
INFORMATION SERVICES LLC, EFAMILY NETWORK INC. )
REAL NETWORKS, INC., PARADIGM VISIONS INC., PLAYERS )
VACATION CLUB, INC., JBR MEDIA VENTURES LLC, FIND FINE )
DEALS LLC, INUVO INC., MEREDITH CORPORATION, )
SANDVIK PUBLISHING INTERACTIVE INC., )
EFAMILY NETWORK INC., and JOHN DOES, )
)
    Defendants, individually and on behalf of a Defendant class, )

**MOTION FOR RELIEF**

Plaintiff. Melissa Sobota, requests that this Court vacate the current discovery plan schedule and all pending motion hearings and schedules because Plaintiff has entered into an agreement which includes a release and dismissal of claims against all Defendants. Plaintiff also withdraws the pending Motion to Certify Class and requests that the Court deny the pending Motion to Certify as moot. Once the settlement agreement and releases are executed Plaintiff will move to dismiss this case with prejudice.

                                         Plaintiff Melissa Sobota

                                         __/s/__Mark_T_Lavery_____
                                         By Her Attorney

Mark Lavery
Lavery Law Firm LLC
180 N. LaSalle, Suite 3700
Chicago, IL 60601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2013, a copy of the foregoing Reply was served via ECF on Counsel of Record:


 /s/ Mark T. Lavery
Mark T. Lavery