# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Melissa Sobota
                               Plaintiff,

v.                                                           Case No.: 1:13−cv−01963
                                                                  Honorable Edmond E. Chang

Search Cactus LLC, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2013:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's counsel and counsel for Defendants called chambers to ask for additional time to obtain signatures on the settlement agreement. Status hearing of 07/03/2013 is reset to 07/18/2013 at 10:00 a.m. The stipulate dismissal must be filed before that date, or the case will return to the litigation track. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.