**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MELISSA SOBOTA, | ) |
| | ) |
| Plaintiff, individually and on behalf of a Plaintiff class, | ) |
| | ) |
| v. | ) |
| | ) |
| SEARCH CACTUS LLC, FOSINA MARKETING GROUP INC., NORTH AMERICAN MEMBERSHIP GROUP, INC., EMUSIC.COM INC., CONSUMERINFO.COM INC., NET MARKETS LLC, INTERNATIONAL MASTERS PUBLISHING INC., ANNIE'S PUBLISHING LLC, EQUIFAX INFORMATION SERVICES LLC, EFAMILY NETWORK INC. REAL NETWORKS, INC., PARADIGM VISIONS INC., PLAYERS VACATION CLUB, INC., JBR MEDIA VENTURES LLC, FIND FINE DEALS LLC, INUVO INC., MEREDITH CORPORATION, SANDVIK PUBLISHING INTERACTIVE INC., EFAMILY NETWORK INC., and JOHN DOES, | ) 13-cv-01963 |
| | ) |
| Defendants, individually and on behalf of a Defendant class, | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff hereby stipulates to dismissal of this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear and be solely responsible for their own respective attorneys' fees and costs.

Respectfully submitted,


/s/   Mark Lavery


Mark T. Lavery
733 Lee St.
Des Plaines, IL 60016
847-813-7771
mark@laverylawfirm.com

1